IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>SUNTEX MARINAS LLC f/k/a SUNTEX WATERFRONT MANAGEMENT, LLC,<br>               Defendant. | CIVIL ACTION NO.:<br>2:15-CV-01285-ES-JAD |

**CLOSED**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil of Procedure 41(a)(1)(A)(i), Plaintiff, ACE American Insurance Company, hereby gives notice that the above-captioned action against Defendant, Suntex Marinas LLK f/k/a Suntex Waterfront Management, LLC, is DISMISSED with prejudice and without costs.

                                     COZEN O'CONNOR
                                     A Pennsylvania Professional Corporation

                                     BY:   /s/ Thomas McKay, III
                                              Thomas McKay, III, Esquire
                                              (N.J. Atty. ID 281501972)
                                              Liberty View
                                              457 Haddonfield Road, Suite 300
                                              Cherry Hill, NJ  08002
                                              Telephone:  856-910-5000
                                              Toll Free Phone:  800-989-0499
                                              Facsimile:  877-259-7983
                                              tmckay@cozen.com
                                              *Attorneys for Plaintiff, ACE American*
                                              *Insurance Company*

OF COUNSEL:

Joseph Ziemianski, Esquire
Cozen O'Connor
LyondellBassell Tower
1221 McKinney Street
Suite 2900
Houston, TX 77010
Telephone:  832-214-3900
Facsimile:  832-214-3905
jziemianski@cozen.com

DATED:  April 30, 2015

*So Ordered*
*[signature] J. the Falls, USDJ*
*5/5/15*